UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

F I L E D
JUL 1 9 2005
CLERK'S OFFICE
DETROIT

TIMOTHY RUGGLES,

    Plaintiff,

vs.

CIVIL NO.: 04-CV-72117-DT

COMMISSIONER OF
SOCIAL SECURITY,

HON. ROBERT H. CLELAND
MAG. JUDGE WALLACE CAPEL, JR.

    Defendant.

_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on June 15, 2005, as well as any objections filed thereto,

**IT IS ORDERED** that the Report is accepted and entered as the findings and conclusions of this Court.

**ROBERT H. CLELAND**
**UNITED STATES DISTRICT JUDGE**

Dated: 19 July 05

PURSUANT TO RULE 77(d) FED. R. CIV. P.
COPIES MAILED TO ATTORNEYS FOR ALL
PARTIES ON _____
DEPUTY COURT CLERK